**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

    Rachael Huthsteiner

                Debtor(s)

Case No.: 1−20−11405−CLB
Chapter: 7

SSN: xxx−xx−0734

## FINAL DECREE

The Trustee in the above−entitled case has filed a Report of No Distribution with respect to **Rachael Huthsteiner** and appears to have performed all other duties in the administration of said debtor's case.

### IT IS ORDERED THAT:

Regina A Walker is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

Dated: October 29, 2021

**HONORABLE CARL L. BUCKI**
Chief Judge, United States Bankruptcy Court

Form fnldec/Doc 31
www.nywb.uscourts.gov