# Notice Recipients

District/Off: 0209−1          User: admin          Date Created: 10/29/2021
Case: 1−20−11405−CLB          Form ID: fnldec          Total: 3

**Recipients of Notice of Electronic Filing:**
tr          Regina A Walker          rwalker7@reginawalker.com
aty          Peter D. Grubea          grubealaw@hotmail.com

                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Rachael Huthsteiner          76 Meadowbrook Drive          Buffalo, NY 14218

                                                            TOTAL: 1